```
  1 │ LAW OFFICE OF PETER C. PEREZ
    │ Suite 802, DNA Building
  2 │ 238 Archbishop Flores Street
    │ Hagatna, Guam 96910
  3 │ Telephone No. (671) 475-5055/6
    │ Facsimile No. (671) 477-5445
  4 │
  5 │              IN THE UNITED STATES DISTRICT COURT
  6 │                 FOR THE TERRITORY OF GUAM
```

| | |
|---|---|
| NORMA DEL CARMEN *as the Special Administrator of the Estate of Zenaida B. Martinez*,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, UNITED STATES AIR FORCE, ANDERSEN AIR FORCE BASE, GUAM, ANDERSEN AIR FORCE BASE COMMISSARY, DOES 1 THROUGH 15,<br><br>Defendants. | CIVIL CASE NO. 15-00016<br><br>**ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68** |

Defendants' Offer of Judgment in the above-referenced case for THIRTY THOUSAND DOLLARS ($30,000.00) inclusive of costs fees, and pre-judgment interest is hereby ACCEPTED subject to court or probate court approvals which may be required. This shall serve as notice of acceptance of the Defendants' offer.

RESPECTFULLY SUBMITTED this 5th day of November, 2015.

LAW OFFICE OF PETER C. PEREZ

*/s/ Peter C. Perez/*

**PETER C. PEREZ, ESQ.**
*Attorney for Plaintiff*

2015 NOV -5 PM 3:59
US ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI

ALICIA A.G. LIMTIACO
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| NORMA DEL CARMEN *as the Special Administrator of the Estate of Zenaida B. Martinez*,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, UNITED STATES AIR FORCE, ANDERSEN AIR FORCE BASE, GUAM, ANDERSEN AIR FORCE BASE COMMISSARY, DOES 1 THROUGH 15,<br><br>Defendants. | CIVIL CASE NO. 15-00016<br><br><br><br><br>**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68** |

This is an offer of Judgment for Thirty Thousand Dollars ($30,000.00) pursuant to Rule 68 of the Federal Rules of Civil Procedure. This offer is inclusive of costs and fees, and is not an admission of liability. If within ten (10) days after the service of this offer you accept, either party may then file this offer and notice of acceptance together with proof of service thereof and there upon the clerk shall enter judgment. Should you fail to accept this offer and fail to gain a final judgment against this defendant in excess of Thirty Thousand Dollars ($30,000.00) you

1

must pay all costs incurred after the date of this offer.

RESPECTFULLY SUBMITTED this 20th day of October, 2015.

> ALICIA A.G. LIMTIACO
> United States Attorney
> District of Guam and the NMI
>
> By: _____
> MIKEL W. SCHWAB
> Assistant U.S. Attorney