# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Norma Del Carmen, et al.<br><br>Plaintiff,<br><br>vs.<br><br>United States of America, et al.<br><br>Defendants. | Civil Case No. 1:15-cv-00016<br><br><br>**J U D G M E N T** |

    Judgment is hereby entered in favor of the Plaintiff and against the Defendants in accordance with the Offer of Judgment and the Acceptance of Offer of Judgment Pursuant to Fed.R.Civ.P. Rule 68 filed November 6, 2015 (ECF 15).

    Dated The 1st of December, 2015, Hagatna, Guam.

                                                          **/s/ Jeanne G. Quinata**
                                                             Clerk of Court